NO: 12-17778

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT
_____

JOSEPH RUWE; ELIZABETH ORALDNO, individually and on behalf of all others similarly situated,

Plaintiffs-Appellees

vs.

CELLCO PARTNERSHIP, DBA Verizon Wireless

Defendant-Appellee,
_____

JAMES J. POINDEXTER, CERY PERLE, JEFFREY PALMER

Objectors-Appellants
_____

From the United States District Court
for the Northern District of California
No. 3:07-cv-03679-JSW
_____

Motion of James Poindexter, Cery Perle and Jeffrey Palmer for An Additional Extension of Time to File Opening Brief; Request for Permission to File Late Request; Memorandum of Points and Authorities; and Declaration of Joseph Darrell Palmer
_____

Joseph Darrell Palmer, LL.M.
Law Offices of Darrell Palmer PC
603 North Highway 101, Suite A
Solana Beach, CA 92075
(858) 792-5600 Ph / (866) 583-8115 Fax
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Appellants James Poindexter, Cery Perle, Jeffrey Palmer

## Memorandum of Points and Authorities

For good cause shown, the Court may grant an extension of time to file an Opening Brief. (Fed. R. App. P. 26(b) and Circuit Rule 31-2.2).

Petitioners James Poindexter, Cery Perle and Jeffrey Palmer request an additional thirty-day extension to file their opening brief and also request permission to file a late request. All parties have been informed of this request. Class counsel/Appellees have indicated they will oppose our request. The opening brief is due on Friday, April 26, 2013. If the extension is granted the opening brief will be due on May 24, 2013.

As demonstrated by the attached declaration of Joseph Darrell Palmer, good cause exists for granting the extension.

Dated: April 25, 2013                    Law Offices of Darrell Palmer PC

                                         /s/ Joseph Darrell Palmer_____
                                         Joseph Darrell Palmer
                                         Attorney for Appellants James
                                         Poindexter, Cery Perle and Jeffrey
                                         Palmer

## <u>DECLARATION BY JOSEPH DARRELL PALMER</u>

I, Joseph Darrell Palmer, declare that:

1.      I am an attorney admitted to practice before all the Courts of the State of California, the United States District Court for the Northern District, and the U. S. Court of Appeals for the Ninth Circuit.  I have personal knowledge of the facts as set forth herein and if called upon to testify, could competently do so.

2.      This Declaration is made in support of the movants' request for an order extending the time to file their opening brief to May 24, 2013, and permission to file a late request.

3.      I informed all attorneys in the case about my intent to request the extension.  Class counsel/Appellees have indicated they will oppose our request.

4.      This additional extension request is necessitated due to my unavailability as a result of (1) preparing two other appellate opening briefs which are due within the next two weeks, (2) the associate handling this matter advanced her maternity leave date by one month and as such I must again become familiar with the case to prepare the opening brief, and (3) press of other business.

5.      The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing it true and correct. Executed this 25th day of April 2013, at Solana Beach, California.


 /s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer


CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 25, 2013.

I certify that all parties in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 /s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer