NO: 12-17778

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

JOSEPH RUWE; ELIZABETH ORALDNO, individually and on behalf of all others similarly situated,

Plaintiffs-Appellees

vs.

CELLCO PARTNERSHIP, DBA Verizon Wireless

Defendant-Appellee,

_____

JAMES J. POINDEXTER, CERY PERLE, JEFFREY PALMER

Objectors-Appellants

_____

From the United States District Court
for the Northern District of California
No. 3:07-cv-03679-JSW
_____

**Response in Opposition to Plaintiffs' Motion for Involuntary Dismissal; Memorandum of Points and Authorities; and Declaration of Joseph Darrell Palmer**

_____

Joseph Darrell Palmer, LL.M.
Law Offices of Darrell Palmer PC
603 North Highway 101, Suite A
Solana Beach, CA 92075
(858) 792-5600 Ph / (866) 583-8115 Fax
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Appellants James Poindexter, Cery Perle, Jeffrey Palmer

**Memorandum of Points and Authorities**

Appellants have now filed their opening brief along with a motion to allow its late filing. The reasons for the late filing are the same as those presented here in opposition to the motion to dismiss.

For good cause shown, the Court may grant the filing of a late Opening Brief. (Fed. R. App. P. 26(b)).

**(b) Extending Time.**

> For good cause, the court may extend the time prescribed by these rules or by its order to perform any act, or may permit an act to be done after that time expires.

Come now Appellants James Poindexter, Cery Perle and Jeffrey Palmer hereby request leave to file a late opening brief. In support, Appellants show the following:

1. Appellants' opening brief was due on May 28, 2013.

2. Appellants' counsel was unable to timely file the brief because of personal illness, because of the unavailability of other attorneys to assist with this case and other litigation matters, including several emergency matters.

3. Appellants' arguments are made in good faith and reflect serious and important issues raised in the district court and presented here for resolution.

4. Appellants' should not suffer forfeiture of important rights or any prejudice as a result of the delay of their attorney.

5. Appellants with suffer prejudice and permanent harm if this brief is not accepted.

6. Appellees will not suffer any prejudice from this small additional delay.

As demonstrated by the attached declaration of Joseph Darrell Palmer, good cause exists for granting filing of the late opening brief and denying this motion.

In addition, the failure to post an appeal bond in the court below is not a reason that would support dismissal by the court of appeal. Any issue regarding the failure to post an appeal bond in the district court must be brought before that court.

Dated: June 13, 2013                                  Law Offices of Darrell Palmer PC

                                                                           /s/ Joseph Darrell Palmer_____
                                                                           Joseph Darrell Palmer
                                                                           Attorney for Appellants James Poindexter, Cery Perle and Jeffrey Palmer

## **DECLARATION BY JOSEPH DARRELL PALMER**

I, Joseph Darrell Palmer, declare that:

1.	I am an attorney admitted to practice before all the Courts of the State of California, the United States District Court for the Northern District, and the U. S. Court of Appeals for the Ninth Circuit.  I have personal knowledge of the facts as set forth herein and if called upon to testify, could competently do so.

2.	This Declaration is made in support of the movants' request for an order allowing the late filing of their opening brief to June 13, 2013.

3.	I informed all attorneys in the case about my intent to request the relief.  I have not received a response to my request.

4.	This request is necessitated due to: 1) I have during the past three weeks suffered from two periods of illness which prevented me from working at all for more than 10 days.  In addition, my office has suffered staffing problems, our main associate has been out on maternity leave and one of the temporary replacement attorneys was not performing adequately and the other has not been available to complete all the work necessary.  I have had several emergency matters to attend to and have even had to withdraw from three other cases and drop a major corporate client in order to keep up with the work load.  I pled with former associate attorneys to assist me at very high rates but was unable to find extra assistance during this past month.

3

5. This motion is sought for good cause and not solely for the purpose of delay. The parties are not prejudiced by the late filing of the opening brief.

6. Moving party has not taken any steps to meet and confer regarding the appeal bond issue or taken any action in the district court to enforce the order re appeal bond.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing it true and correct. Executed this 13th day of June 2013, at Solana Beach, California.

    _/s/ Joseph Darrell Palmer_____
    Joseph Darrell Palmer

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 13, 2013.

I certify that all parties in this case who are registered CM/ECF users that service will be accomplished by the appellate CM/ECF system.

    _/s/ Joseph Darrell Palmer_____
    Joseph Darrell Palmer