FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 27 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH RUWE; et al., | No. 12-17778 |
| Plaintiffs - Appellees, | D.C. No. 3:07-cv-03679-JSW |
| v. | Northern District of California, San Francisco |
| JAMES J. POINDEXTER; et al., | |
| Objectors - Appellants, | ORDER |
| V. | |
| CELLCO PARTNERSHIP, DBA Verizon Wireless, | |
| Defendant - Appellee. | |

Before:   SCHROEDER, LEAVY and, Circuit Judges

Appellee's unopposed motion to dismiss this appeal for want of prosecution for failure to post the bond is granted. *Azizian v. Federated Dep't Stores, Inc*., 499 F 3d 950, 961 (9th Cir. 2007) (Court may dismiss appeal for lack of prosecution when appellant fails to post bond in part or challenge order that required posting of bond).